Case 3:25-cr-00873-DB   Document 1   Page: 1   Date Filed: 01/30/2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**United States of America**,
   Plaintiff,

v.

**Adrian Gil, II**,
   Defendant.

No. EP-22-CR-773-DB

## Notice of Appeal

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order filed December 30, 2024 (ECF No. 85), dismissing the indictment, and the final judgment filed December 30, 2024 (ECF No. 86).

Respectfully submitted,

Jaime Esparza
United States Attorney

By:   */s/ Stanley M. Serwatka*
Stanley M. Serwatka
Assistant United States Attorney
Texas Bar No. 18038400
700 East San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

**Certificate of Service**

  I certify that on January 28, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system.

  ☒ The CM/ECF system will send notification to the following CM/ECF participant(s):

    Matthew DeKoatz, Attorney for Defendant

                */s/ Stanley M. Serwatka*
                Stanley M. Serwatka
                Assistant United States Attorney