# No. 25-50048

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

**United States of America**,
Plaintiff-Appellant,

v.

**Adrian Gil, II**,
Defendant-Appellee.

---

On Appeal from the United States District Court
for the Western District of Texas

---

**Appellant's Motion to Extend Time to File Appellant's Brief
& Record Excerpts**

The government moves to extend the time to file its appellant's brief and record excerpts by 15 days—from May 27, 2025, to June 11, 2025.

**Background.** This government appeal challenges the district court's dismissal of an indictment charging Gil with violating 18 U.S.C. § 922(g)(3), which prohibits firearm possession by unlawful users of controlled substances. (ROA.247-75, 278.) Gil pleaded guilty to that offense but later appealed to challenge his conviction. *United States v. Gil*, No. 23-50525, 2024 WL 2186916, at *1 (5th Cir. May 15, 2024). This Court vacated Gil's conviction and remanded for consideration of an as-applied challenge to § 922(g)(3). *Id.* at *4. On remand, the district court held that applying § 922(g)(3) to Gil violated the Second Amendment, allowed him to withdraw his guilty plea, and dismissed

the indictment. (ROA.247-75, 278.) The government's opening brief is due, after one fifteen-day extension, on May 27.

**Need for Extension of Time.** The government needs more time to prepare a brief that will best assist this Court in resolving this appeal. During the time allowed for the opening brief so far, the assigned Assistant U.S. Attorney appeared for oral argument in *United States v. Sanchez*, No. 23-50293, on April 1, 2025; and filed or will file dispositive motions in *United States v. Guerrero-Medrano*, No. 24-50862, on April 15; in *United States v. Longoria*, No. 24-50774, and *United States v. Torres-Osorio*, No. 23-50825, on April 21; in *United States v. Davis*, Nos. 24-50873 and 25-50029, on May 1; in *United States v. Ramirez*, No. 24-50763, on May 8; in *United States v. Garcia*, No. 24-50345, on May 16; and in *United States v. Jaime-Rodriguez*, by May 22.  In addition to the cases he is personally handling, he has been and will be responsible for review of numerous appellate filings drafted by other attorneys, including the government's briefs in *United States v. Campos*, No. 24-50615, filed May 2; *United States v. Mueting*, No. 24-50902, filed May 12; and *United States v. Riley*, No. 24-5728, due May 28.

The issue on appeal further justifies an extension. This case involves a constitutional challenge to 18 U.S.C. § 922(g)(3). The newly confirmed Solicitor General is deciding whether to file a petition for certiorari on that issue, and in two cases, Justice Alito has extended the government's time to do so—until June 2 in *United States v. Hemani*, No. 24A1012, and until June 5 in *United States v. Daniels*, No. 24A932. Postponing the government's opening brief in

this appeal will foster nationwide coordination of the government's position on § 922(g)(3).

This extension should not prejudice Gil. The indictment against him has been dismissed. (ROA.274-75.) He has been released from any pretrial or bond conditions. (ROA.274.) And his cash bail has been returned. (ROA.277.)

## Certificate of Conference

The U.S. Attorney's Office conferred with counsel for Gil. This motion is opposed.

Respectfully submitted,

Margaret F. Leachman
Acting United States Attorney

By: /s/ Zachary C. Richter
Zachary C. Richter
Assistant United States Attorney

**Certificate of Service**

I certify that on May 20, 2025, I filed this motion through this Court's electronic case-filing system, which will serve it on all registered counsel.

                                          */s/ Zachary C. Richter*
                                          Zachary C. Richter
                                          Assistant United States Attorney

\*   \*   \*

**Certificate of Compliance**

I certify that

(1) this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 475 words; and

(2) this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Calisto MT font, size 14.

                                          */s/ Zachary C. Richter*
                                          Zachary C. Richter
                                          Assistant United States Attorney

Dated: May 20, 2025