# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 22, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50048   USA v. Gil  
                 USDC No. 3:22-CR-773-1

The court has granted an extension of time up to and including June 11, 2025 for filing the appellant's brief and record excerpts in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Rebecca L. Jeanfreau, Deputy Clerk  
                            504-310-7645

Mr. Matthew Rex DeKoatz  
Mr. Philip Devlin  
Mr. Zachary Carl Richter