# No. 25-50048

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States of America**,
Plaintiff-Appellant,

v.

**Adrian Gil, II**,
Defendant-Appellee.

On Appeal from the United States District Court
for the Western District of Texas

**Reply in Support of Appellant's Motion to Suspend Briefing
or to Extend Time to File Appellant's Brief & Record Excerpts**

The government has moved to suspend briefing until after the Supreme Court's final disposition of the government's certiorari petition in *United States v. Hemani*, No. 24-1234 (filed June 2, 2025), because suspending briefing is consistent with this Court's past practice, would be most efficient for this Court and the parties, and would not prejudice Gil. (*See* U.S. Mot. 2-3.) Gil does not rebut these points. (*See* Resp. 1.) He attaches a copy of the unpublished decision in *United States v. Sam*, No. 23-60570, 2025 WL 752543 (5th Cir. Mar. 10, 2025). But that decision is now also the subject of a certiorari petition. *See* Pet., *United States v. Sam*, No. 24-1249 (U.S. June 5, 2025).

Nor does Gil offer any rationale for denying the government's alternative request for a ten-day extension other than his own assertion that "there is no need" (Resp. 1). The Solicitor General has now petitioned for certiorari in

several cases involving Second Amendment challenges to 18 U.S.C. § 922(g)(3). *See, e.g.*, Pet., *United States v. Daniels*, No. 24-1248 (U.S. June 5, 2025). Those petitions underscore the need for additional time to secure review and approval within the Department of Justice of the brief filed in this case. (*See* U.S. Mot. 3.)

Respectfully submitted,

Justin R. Simmons
United States Attorney

By: */s/ Zachary C. Richter*
Zachary C. Richter
Assistant United States Attorney

**Certificate of Service**

I certify that on June 6, 2025, I filed this motion through this Court's electronic case-filing system, which will serve it on all registered counsel.

/s/ Zachary C. Richter
Zachary C. Richter
Assistant United States Attorney

\* \* \*

**Certificate of Compliance**

I certify that

(1) this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 205 words; and

(2) this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Calisto MT font, size 14.

/s/ Zachary C. Richter
Zachary C. Richter
Assistant United States Attorney

Dated: June 6, 2025