# United States Court of Appeals
# for the Fifth Circuit

No. 25-50048

United States of America,

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2025
Lyle W. Cayce
Clerk

*Plaintiff—Appellant,*

*versus*

Adrian Gil, II,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-773-1

ORDER:

IT IS ORDERED that the opposed motion of Appellant to stay case until 30 days after the Supreme Court's final disposition of *United States v. He-mani*, No. 24-1234 is GRANTED.

IT IS FURTHER ORDERED that the alternative opposed motion of Appellant for an extension of time of 10 days to file brief and record excerpts from the denial of the motion to stay is DENIED AS UNNECESSARY.

_____/s/ Carl E. Stewart_____
Carl E. Stewart
*United States Circuit Judge*