# No. 25-50048

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States of America**,
Plaintiff-Appellant,

v.

**Adrian Gil, II**,
Defendant-Appellee.

On Appeal from the United States District Court
for the Western District of Texas

## Dismissal Agreement

Under Federal Rule of Appellate Procedure 42(b)(1), the parties agree to have the Circuit Clerk dismiss this appeal. Each party shall bear that party's own costs. No court fees are due.

Respectfully submitted,

FOR THE UNITED STATES

Justin R. Simmons
United States Attorney

By: */s/ Zachary C. Richter*
Zachary C. Richter
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858
Zachary.C.Richter@usdoj.gov

FOR ADRIAN GIL, II

*/s/ Matthew Rex DeKoatz*
Matthew Rex DeKoatz
2000 Murchison, Suite C
El Paso, Texas  79902
(915) 235-5330
mateodekoatz@yahoo.com

\*     \*     \*

## Certificate of Service

I certify that on July 2, 2026, I filed this document through this Court's

electronic case-filing system, which will serve it on all registered counsel.

*/s/*
Zachary C. Richter
Assistant United States Attorney